August 29, 2008

Mr. Brian Edward Staley
Hull & Associates, P.C.
6200 Savoy, Suite 440
Houston, TX 77036
Mr. Kenneth F. Weaver
131 Parkhaven Dr.
Waco, TX 76712

RE: Case Number: 07-0682
 Court of Appeals Number: 10-06-00207-CV
 Trial Court Number: 20051532CV2

Style: UNIFUND CCR PARTNERS
 v.
 KENNETH F. WEAVER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. J. A. (Andy) |
| |Harwell |
| |Ms. Sharri Roessler |